common law course of proceeding, and such a judgment
could not be sustained, except that the party must be un-
derstood to have agreed to it by his contract.   But the
statute also says the sureties shall be discharged unless exe-
cution is issued within thirty days.   It contains no saving
for the case of the removal of the judgment to this court,
and we have no power to make any.   The statute in re-
gard to cases made, it is true, provides that we may render
such judgment as the court below should have rendered;
but this, we think, must be understood of the judgment
upon the issue between the parties.   The law giving sum-
mary remedy against the sureties belongs to a class which
can not be extended by construction.

*Motion denied.*

---

## Hubbard Smith et al. v. The Fort Street and Elmwood Avenue Railway Company.

*Heard May 1st.   Decided May 12th.*

Error to Wayne Circuit.

The court held that the points involved in this case are
fully covered by the decision in the case of *Schneider v.
The Fort Street and Elmwood Avenue Railway Company,
15 Mich. 74.*

*Wm. Gray, and T. Romeyn,* for plaintiffs in error.

*E. C. Hinsdale,* for defendants in error.